| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tommie Allaway | 12/6/1949 | AL | Western District of Michigan | No | City of Grand Rapids Water System (MI0002790) | No | Kidney Cancer | 1-9 |
| 2 | Christian Allen | 12/27/1995 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Testicular Cancer | 1-9 |
| 3 | Eric Allen | 6/4/1976 | MT | District of Montana | No | Veolia Water Idaho (ID4010016) | No | Testicular Cancer | 1-9 |
| 4 | Frederick Allen | 11/16/1955 | TX | Western District of Louisiana | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 5 | Robert Allen | 7/8/1986 | WA | Middle District of Georgia | No | Valdosta (GA1850002) | No | Testicular Cancer | 1-9 |
| 6 | Wayne Allen | 5/12/1946 | AZ | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 7 | Brett Alters | 7/5/1987 | CT | Southern District of California | No | San Dieguito WD (CA3710021) | No | Testicular Cancer | 1-9 |
| 8 | Frank Amdur | 7/3/1951 | NV | Northern District of California | No | San Jose Water (CA4310011) | No | Ulcerative Colitis | 1-9 |
| 9 | Phillip Amerson Sr. | 10/21/1959 | VA | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 10 | Angela Anderson | 9/24/1954 | KY | Western District of Kentucky | No | City of Spokane (WA5383100) | No | Kidney Cancer | 1-9 |
| 11 | Gerbaurie Anderson | 12/6/1980 | GA | Southern District of Georgia | No | Delray Beach Public Water System (FL4500351) | No | Ulcerative Colitis | 1-9 |
| 12 | Michael Anderson | 4/4/1953 | TN | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 13 | Vicky Anderson | 3/11/1976 | SC | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 14 | Demetrius Andrews | 6/19/1954 | GA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 15 | Diego Anguiano Madrid | 10/6/1975 | WA | Western District of Michigan | No | East Lansing, City Of (MI0001990) | No | Testicular Cancer | 1-9 |
| 16 | Ronald Arend | 4/23/1945 | IN | Northern District of Indiana | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 17 | David Arens | 11/5/1950 | CO | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 18 | Esther Arriaga | 8/12/1975 | IA | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 19 | Edward Arthur | 5/5/1948 | SC | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 20 | Lawrence Asterilla | 3/18/1971 | NC | District of New Jersey | No | Jersey City Municipal Utilities Authority (NJ0906001) | No | Testicular Cancer | 1-9 |
| 21 | John Augustino | 9/30/1945 | NJ | District of New Jersey | No | Delray Beach Public Water System (FL4500351) | No | Kidney Cancer | 1-9 |
| 22 | Patricia Auth | 4/23/1958 | NC | Central District of Illinois | No | Bloomington (IL1130200) | No | Kidney Cancer | 1-9 |
| 23 | Patrick Baca | 2/1/1979 | FL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Testicular Cancer | 1-9 |
| 24 | Robert Bade | 4/25/1966 | FL | District of New Jersey | No | Parsippany-Troy Hills Water Department (NJ1429001) | No | Testicular Cancer | 1-9 |
| 25 | Jeffrey Scott Bailey | 10/3/1970 | NY | Northern District of New York | No | DC Water And Sewer Authority (DC0000002) | No | Testicular Cancer | 1-9 |
| 26 | Jesse Bailey | 9/27/1981 | AZ | District of Arizona | No | PA American Water Co - West (PA7210029) | No | Testicular Cancer | 1-9 |
| 27 | Betty Baker | 11/10/1949 | WY | Eastern District of California | No | City Of Redding (CA4510005) | No | Kidney Cancer | 1-9 |
| 28 | Mark Baker | 5/30/1960 | HI | District of Hawaii | No | Charlotte Water (NC0160010) | No | Ulcerative Colitis | 1-9 |
| 29 | Jagadeesh Balakrishnan | 4/25/1963 | IN | Middle District of Alabama | No | Montgomery Water Works (AL0001070) | No | Kidney Cancer | 1-9 |
| 30 | Oleksndr Balaniuk | 1/7/1993 | TX | Central District of California | No | City of Riverside (CA3310031) | No | Testicular Cancer | 1-9 |
| 31 | Melvin Banks | 1/12/1957 | IA | Central District of Illinois | No | Rock Island (IL1610650) | No | Kidney Cancer | 1-9 |
| 32 | Joseph Barcelo | 2/18/1987 | NC | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Scott Barnett | 6/14/1951 | FL | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 34 | Taylor Barnett | 7/7/1985 | OH | Southern District of Georgia | No | Richmond Hill (GA0290000) | No | Testicular Cancer | 1-9 |
| 35 | Alexander Baron | 5/20/1985 | NJ | Southern District of New York | No | Veolia Water New York (NY4303673) | No | Testicular Cancer | 1-9 |
| 36 | Kayla Barrios | 1/2/1989 | RI | District of Rhode Island | No | City Of New Bedford DPI (MA4201000) | No | Kidney Cancer | 1-9 |
| 37 | Lorraine Battiglia | 8/28/1954 | MA | Southern District of New York | No | Town of Carmel, NY (NY3903644) | No | Ulcerative Colitis | 1-9 |
| 38 | Alois Batz | 1/23/1962 | GA | Northern District of Georgia | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 39 | Danny Bayliff | 6/23/1953 | TX | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 40 | Charles Beane | 10/24/1985 | SC | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 41 | Starlene Bear | 6/13/1954 | OK | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 42 | David Bell | 10/28/1987 | CO | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Testicular Cancer | 1-9 |
| 43 | Kenneth Bell | 7/15/1986 | GA | Northern District of Georgia | No | Breezy Hill W/D (SC0220006) | No | Testicular Cancer | 1-9 |
| 44 | Nancy Bell | 10/12/1943 | MA | District of Massachusetts | No | Lee County Utilities (FL5364048) | No | Kidney Cancer | 1-9 |
| 45 | Joshua Bentley | 8/30/1976 | GA | Middle District of Georgia | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 46 | Jamaica Benton | 8/6/1979 | GA | Middle District of Georgia | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Michael Binder | 10/22/1949 | DE | District of Delaware | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 48 | Ernst Blaschke | 1/5/1963 | WA | Central District of California | No | City of Anaheim (CA3010001) | No | Testicular Cancer | 1-9 |
| 49 | Thomas Blinn | 11/21/1972 | GA | Northern District of California | No | City Of Pleasanton (CA0110008) | No | Testicular Cancer | 1-9 |
| 50 | Gregory Bournes | 10/11/1962 | FL | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 51 | Holly Bowen | 1/19/1971 | TN | District of South Carolina | No | City of Goose Creek (SC0810004) | No | Kidney Cancer | 1-9 |
| 52 | Mark Bowlin | 3/20/1970 | IN | Southern District of Indiana | No | Akron City Public Water Service (OH7700011) | No | Testicular Cancer | 1-9 |
| 53 | Craig Bowman | 12/31/1964 | NV | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 54 | Adam Boykin | 12/18/1947 | AL | Southern District of Alabama | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 55 | Melissa Bozek | 10/8/1970 | NV | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 56 | Heather Bradford | 3/21/1977 | AL | Northern District of Alabama | No | Deltona Water (FL3640287) | No | Kidney Cancer | 1-9 |
| 57 | Margaret Braun | 2/25/1949 | FL | District of New Jersey | No | Monroe Municipal Utilities Authority (NJ0811002) | No | Kidney Cancer | 1-9 |
| 58 | Richard Braun | 6/12/1942 | NJ | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 59 | Donna Brewer | 11/27/1952 | TX | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 60 | Richard Brothers | 4/9/1993 | NH | District of North Dakota | No | Minot City Of (ND5100660) | No | Testicular Cancer | 1-9 |
| 61 | James Brown | 1/18/1987 | GA | Northern District of Georgia | Yes | JBLM Lewis (WA5326050) | No | Ulcerative Colitis | 1-9 |
| 62 | Larry Brown | 3/31/1958 | DE | District of Delaware | No | Willingboro Municipal Authorities (NJ0338001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Michael Brown | 10/1/1956 | IN | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 64 | Eric Buffington | 11/5/1964 | OH | Northern District of Ohio | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 65 | Timothy Bullard | 9/29/1987 | OR | District of Oregon | No | City of Vancouver (WA5391200) | No | Ulcerative Colitis | 1-9 |
| 66 | Dennis Burdick | 12/19/1951 | PA | Western District of Pennsylvania | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 67 | Charlie Burgess | 6/29/1969 | NC | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Testicular Cancer | 1-9 |
| 68 | Harold Burkart | 10/8/1946 | FL | District of New Jersey | No | Hopatcong Water Department (NJ1912001) | No | Testicular Cancer | 1-9 |
| 69 | Stephen Burke | 6/14/1968 | SC | District of Connecticut | No | Manchester Water Department (CT0770021) | No | Testicular Cancer | 1-9 |
| 70 | Laura Burkett | 3/1/1962 | FL | Middle District of Florida | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 71 | Michael Bush | 3/3/1963 | OH | Southern District of Florida | No | Palm Beach County Water Utilities (FL4504393) | No | Kidney Cancer | 1-9 |
| 72 | Gene Butler | 11/8/1965 | GA | Northern District of Georgia | No | Winslow Township DMU (NJ0436007) | No | Kidney Cancer | 1-9 |
| 73 | Kenneth Buxton | 7/25/1966 | WA | Southern District of Alabama | No | Mobile Board Of Water And Sewer Comm (AL0001005) | No | Kidney Cancer | 1-9 |
| 74 | Brian Carney | 11/21/1979 | DE | District of Delaware | No | Collegeville Trappe Joint Public Water Department (PA1460022) | No | Testicular Cancer | 1-9 |
| 75 | Thomas Carney | 6/10/1965 | ME | District of Maine | No | Burlington Water Department (MA3048000) | No | Ulcerative Colitis | 1-9 |
| 76 | Gemma B Carroll | 2/4/1951 | TX | Northern District of Illinois | No | Fox Lake (IL0970200) | No | Kidney Cancer | 1-9 |
| 77 | Paula Casey | 7/24/1966 | RI | District of Rhode Island | No | Manchester Water Department (CT0770021) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 78 | Pylyp Chebotarov | 1/14/1991 | UT | District of Utah | No | Palm Beach County Water Utilities (FL4504393) | No | Testicular Cancer | 1-9 |
| 79 | Joseph Chenier | 7/26/1983 | LA | Western District of Louisiana | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 80 | Adam Clemmey | 3/20/1985 | MA | District of Massachusetts | No | Grafton Water District (MA2110000) | No | Testicular Cancer | 1-9 |
| 81 | Rodney Cline | 2/13/1970 | TX | Northern District of Texas | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 82 | Alan Coats | 10/3/1993 | TX | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 83 | Minnie Cody | 6/3/1958 | GA | Southern District of Georgia | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 84 | David Colaiacovo | 11/16/1970 | GA | District of Connecticut | No | South Central Connecticut Regional Water Authority (CT0930011) | No | Testicular Cancer | 1-9 |
| 85 | Benjamin Collier | 8/23/1988 | IA | Northern District of Iowa | No | JBSA - Lackland (TX0150114) | No | Testicular Cancer | 1-9 |
| 86 | Leonardo Colonetti | 6/13/1993 | MA | District of Massachusetts | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 87 | Thomas Conrad | 10/15/1982 | MD | District of Delaware | No | Smyrna Water Department (DE0000657) | No | Testicular Cancer | 1-9 |
| 88 | Stephen Cooper | 10/28/1948 | PA | Eastern District of Pennsylvania | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 89 | James Corcoran | 4/21/1952 | MD | District of New Jersey | No | Aqua Water - Hamilton Square (NJ1103001) | No | Kidney Cancer | 1-9 |
| 90 | Matthew Cordonero | 9/25/1987 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Ulcerative Colitis | 1-9 |
| 91 | Roberta Costisick | 12/15/1946 | CO | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 92 | Dwayne Coubarous | 7/23/1979 | NJ | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 93 | James Courtney | 2/24/1939 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 94 | Roberto Cruz | 6/22/1958 | PA | Eastern District of Pennsylvania | No | Wilmington Water Department (DE0000663) | No | Kidney Cancer | 1-9 |
| 95 | Terrence Cullin | 9/14/1982 | PA | Eastern District of Pennsylvania | No | Usmc Lejeune--Hadnot Point (NC0467041) | No | Testicular Cancer | 1-9 |
| 96 | Edward Cunane | 1/22/1965 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 97 | Karsten Dalaker | 5/12/1945 | FL | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 98 | Catherine Dart | 3/20/1972 | LA | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 99 | Cherie Davidson | 4/4/1957 | TX | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 100 | Max Davis | 8/28/2002 | UT | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 101 | Robert Davis | 3/13/1955 | WI | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 102 | Samuel Davis | 12/12/1960 | UT | District of Utah | No | Suez Water New Jersey Rahway (NJ2013001) | No | Kidney Cancer | 1-9 |
| 103 | Frank S Dawkins | 4/16/1964 | SC | District of South Carolina | Yes | City of Raleigh (NC0392010) | No | Kidney Cancer | 1-9 |
| 104 | Nick De S Palomares | 11/26/1991 | KY | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 105 | Arturo Dearo | 9/17/1960 | TX | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 106 | Neil Degraff | 12/17/1970 | NC | District of Connecticut | No | Aquarion Water Co of CT - New Milford (CT0960011) | No | Kidney Cancer | 1-9 |
| 107 | Anne M. Denerville | 8/13/1953 | FL | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 108 | Dina DeRose | 3/7/1969 | OR | Northern District of California | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 109 | Julianne DeVita | 10/31/1949 | DE | District of Delaware | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 110 | Richard Dewberry | 12/15/1955 | AL | Middle District of Alabama | No | Portland Water System (TN0000559) | No | Kidney Cancer | 1-9 |
| 111 | Sebastian Diaz | 12/27/1992 | TX | Southern District of Florida | No | City Of Pembroke Pines (FL4061083) | No | Testicular Cancer | 1-9 |
| 112 | Cheryl Dillon | 4/30/1985 | FL | Middle District of Florida | No | Racine Waterworks (WI2520062) | No | Kidney Cancer | 1-9 |
| 113 | Alesha Dinvaut | 2/26/1991 | TX | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 114 | Carmen DiPatre Jr. | 2/10/1953 | NJ | District of New Jersey | No | Willingboro Municipal Authorities (NJ0338001) | No | Kidney Cancer | 1-9 |
| 115 | Joseph DiStefano | 1/27/1947 | MD | District of New Jersey | No | Sayreville Water Department (NJ1219001) | No | Kidney Cancer | 1-9 |
| 116 | Angela Dixon | 5/12/1973 | KY | Western District of Kentucky | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 117 | Tu Do | 2/22/1981 | OR | District of Massachusetts | No | Quincy Water Dept. (Mwra) (MA3243000) | No | Kidney Cancer | 1-9 |
| 118 | Michael Dolberry | 8/13/1960 | FL | District of New Jersey | No | Mahwah Water Department (NJ0233001) | No | Kidney Cancer | 1-9 |
| 119 | Scott Dominguez | 4/14/1978 | CA | Central District of California | No | DC Water And Sewer Authority (DC0000002) | No | Testicular Cancer | 1-9 |
| 120 | Debbie Donatelli | 2/15/1953 | OH | Northern District of Indiana | No | Elkhart Public Works & Utilities (IN5220008) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 121 | Teena Donovan | 12/26/1957 | FL | Middle District of Florida | No | Portsmouth Water Works (NH1951010) | No | Kidney Cancer | 1-9 |
| 122 | Kris Doubles | 11/29/1962 | FL | Middle District of Florida | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 123 | Shawn Dowd | 11/13/1990 | PA | Western District of Pennsylvania | No | Perth Amboy Water Department (NJ1216001) | No | Testicular Cancer | 1-9 |
| 124 | Anthony Downey | 8/29/1981 | TX | Northern District of Alabama | No | Pelham Water Works (AL0001163) | No | Testicular Cancer | 1-9 |
| 125 | Jim Downs | 1/5/1968 | KY | Western District of Kentucky | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 126 | Robert Dragoo | 9/29/1977 | IN | Southern District of Indiana | No | Lawrenceburg Utility Systems (TN0000392) | No | Testicular Cancer | 1-9 |
| 127 | Hector Dumeng | 6/18/1959 | FL | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 128 | Kevin Dunn | 6/13/1995 | MA | District of Rhode Island | No | Providence-City Of (RI1592024) | No | Testicular Cancer | 1-9 |
| 129 | Margaret Durler | 7/9/1978 | PA | Western District of Pennsylvania | No | Winslow Township DMU (NJ0436007) | No | Ulcerative Colitis | 1-9 |
| 130 | Kerwin Dyson | 1/19/1973 | UT | District of Delaware | No | Wilmington Water Department (DE0000663) | No | Testicular Cancer | 1-9 |
| 131 | Ronald Edwards | 2/28/1946 | WA | District of Oregon | No | Tualatin Valley Water District (OR4100665) | No | Kidney Cancer | 1-9 |
| 132 | Eileen Egan | 7/22/1949 | NH | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 133 | Steven Eisen | 1/30/1959 | MD | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 134 | Kelly Gunther | 1/21/1964 | SC | Central District of California | No | City of Rialto (CA3610038) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 135 | Bradley Hewitt | 4/30/1971 | TX | Southern District of New York | No | New Windsor Consolidated Water District (NY3503580) | No | Testicular Cancer | 1-9 |
| 136 | Edward Hooker | 12/12/1962 | NC | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 137 | Danny Kennedy | 11/3/1962 | OK | Western District of Tennessee | No | First U.D. Of Hardin County (TN0000546) | No | Kidney Cancer | 1-9 |
| 138 | Steven Sumner | 2/13/1967 | FL | Northern District of Georgia | No | City of Woodstock (GA0570003) | No | Kidney Cancer | 1-9 |
| 139 | Michael T Trapp | 3/12/1974 | OH | Middle District of Florida | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Ulcerative Colitis | 1-9 |
| 140 | Anthony Michael Wallace | 6/17/1961 | SD | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |